**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 847 MAL 2016

              : 

           Respondent    :    Petition for Allowance of Appeal from

              :    the Order of the Superior Court

              : 

           v.             : 

              : 

              : 

MATTHEW W. SWANGER,            : 

              : 

           Petitioner    : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.